No. 11–57. HARPER EXCAVATING, INC. *v.* HANSEN. C. A. 10th Cir. Certiorari denied.

No. 11–169. TENNESSEE EX REL. WATSON ET AL. *v.* WATERS ET AL. Ct. App. Tenn. Certiorari denied.

No. 11–252. LEE INVESTMENTS LLC, DBA ISLAND *v.* UNITED STATES FIDELITY & GUARANTY CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–295. HARVEY *v.* REDDISH, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–298. CLAMPITT *v.* GEURIN ET UX. Ct. App. Ark. Certiorari denied.

No. 11–300. SEBBA *v.* LITTLETON. Ct. App. Ariz. Certiorari denied.

No. 11–304. CRAWFORD *v.* WOLVERINE, PROCTOR & SCHWARTZ, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–312. JOY ET AL. *v.* THREE ANGELS BROADCASTING NETWORK, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 11–313. TUAN ANH DO *v.* PHUONG DUC DANG ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–314. BODNAR *v.* LESTITIAN. Super. Ct. Pa. Certiorari denied.

No. 11–315. YOONESSI *v.* RATAJCZAK ET AL. Ct. App. N. Y. Certiorari denied.

No. 11–322. GRAY ET AL. *v.* CORONA CONSTRUCTION ET AL. Ct. App. Mich. Certiorari denied.

No. 11–324. ONG *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 11–327. BABB *v.* ANGELL. C. A. 4th Cir. Certiorari denied.

